IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:20-CV-00205-FL

JOSE ROLANDO MOSHAN-MARTINEZ, )
*et al*., on behalf of themselves and all )
other similarly situated person, )
)
)
Plaintiffs, )
)
)
v. )
)
)
FRANCISCO VALADEZ JR. LLC, *et al.* )
)
)
Defendants. )
_____)

### **Order**

THIS MATTER coming on to be heard before the undersigned Judge presiding in the United States District Court for the Eastern District of North Carolina, on Consent Motion to Hold Motion in Abeyance ("Consent Motion"), and the Court having heard and considered this matter being of the opinion that this motion should be allowed;

NOW, THEREFORE, Plaintiffs' motion to hold in abeyance any ruling on Plaintiffs' Motion to Compel Discovery Responses of Francisco Valdez, Jr., LLC, DE 150, until such time as Plaintiffs, Defendants Francisco Valadez, Jr. LLC, Francisco Valadez, Jr., Sleepy Creek Farms, Inc., and Goldsboro Milling Co., or the mediator notify the Court that their settlement negotiations have reached an impasse, or January 31, whichever is later, is GRANTED.

SO ORDERED this the  17th   day of  December , 2021.

_____
United States District Judge

1