IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-cv-00205-FL

| | |
|---|---|
| JOSE ROLANDO MOSHAN-MARTINEZ, <br> JOSE EDUARDO CASILLAS-SERRANO, <br> BULMARO DE LA ROSA-ALVARADO, <br> ISAIAS GOMEZ-GONZALEZ, <br> EFRAIN GOMEZ-SANTIZ, <br> JOSE LUIS HERNANDEZ-MARTINEZ, <br> MARICELA JIMENEZ-GIRON, <br> OSCAR GUADALUPE LOPEZ-ARCOS, <br> LORENZO LOPEZ-LOPEZ, and JOHN DOE *on behalf of themselves and other similarly situated persons*, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO VALADEZ, JR. LLC, <br> FRANCISCO VALADEZ, JR. <br> SLEEPY CREEK FARMS, INC. <br> GOLDSBORO MILLING CO., and <br> WINZELER FARMS, LLC, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED, with the consent of the Plaintiffs and Defendant Winzeler Farms, LLC, that all of the Plaintiffs' claims against Winzeler Farms, LLC shall be dismissed with prejudice pursuant to the terms of their settlement memorialized and labeled as Waiver, Release, and Settlement Agreement, ECF Doc. No. 148-1 and approved by Order of this Honorable Court, ECF Doc. No. 152.

1

IT IS SO ORDERED, this the  22nd  day of  December , 2021.

                                    */s/ Louise W. Flanagan*

                                  LOUISE WOOD FLANAGAN

                                  UNITED STATES DISTRICT JUDGE

2

Case 5:20-cv-00205-FL   Document 173   Filed 12/22/21   Page 2 of 2