IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:20-CV-00205-FL

JOSE ROLANDO MOSHAN-MARTINEZ, )
*et al*., on behalf of themselves and all )
other similarly situated person, )
                                                                )
            Plaintiffs, )
                                                              )
v. )
                                                              )
FRANCISCO VALADEZ JR. LLC, *et al.* )
                                                              )
            Defendants. )
_____)

## **CONSENT ORDER**

      Plaintiffs José Rolando Moshan-Martinez, José Eduardo Casillas-Serrano, Bulmaro De la Rosa-Alvarado, Isaias Gomez-Gonzalez, Efraín Gomez-Santiz, José Luis Hernandez-Martinez, Maricela Jimenez-Giron, Oscar Guadalupe Lopez-Arcos, and Lorenzo Lopez-Lopez, instituted this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("FLSA"), the North Carolina Wage and Hour Act, N.C. Gen. Stat. §§ 95-25.1, et seq. ("NCWHA"), the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1581 et seq. ("TVPRA"), the Unfair and Deceptive Practices Act, N.C. Gen. Stat. § 75-1.1, et seq. ("UDTPA"), and North Carolina common law on May 18, 2020. Plaintiffs amended their complaint to add Plaintiff John Doe on February 24, 2021. Defendants Francisco Valadez, Jr., LLC and Francisco Valadez, Jr. ("Valadez Defendants") have denied, and continue to deny, the allegations.

      Plaintiffs and the Valadez Defendants hereby consent to the entry by the Court of the following Consent Order, in order to resolve their differences expeditiously, to do justice for all,

and to minimize further legal expense. All parties agree that this Consent Order is being entered into for purposes of enforcement under Rule 71 of the Federal Rules of Civil Procedure and that this Consent Order will remain in place for three (3) years from the date that it is entered by the Court. The terms of this Order shall apply to the Valadez Defendants, their heirs, representatives, successors, and assigns, and shall be implemented immediately where not otherwise specifically stated. The Plaintiff and the Valadez Defendants (collectively, the "Parties") have stipulated to jurisdiction of the Court over them and agree that the subject matter of this action is properly before the Court.

The Parties have advised this Court that they desire to resolve the allegations in the Complaint without the burden, expense, and delay of further litigation. It is understood and agreed that this settlement is the compromise of disputed claims (which the Valadez Defendants have denied) and is not an admission of liability or wrongdoing by the Valadez Defendants.

It is therefore the finding of this Court, made on the pleadings and the record as a whole, that: (1) the Court has jurisdiction over the parties and the subject matter of this action and (2) the purposes and provisions of the Fair Labor Standards Act and the North Carolina Wage and Hour Act will be promoted and effectuated by the entry of the Consent Order.

It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1.  For any labor camps that Francisco Valadez, Jr or any business he owns or operates currently or for the period covered by this Consent Order, at least two (2) weeks prior to worker occupancy each agricultural season, and subject to on-site verification by Legal Aid of North Carolina, the Valadez Defendants shall install or cause to be installed, and will maintain throughout the time that any migrant workers are staying in the housing, the agreed upon signage described below at each migrant housing site they anticipate using and/or use to house any

migrant worker.

    a. North Carolina Human Trafficking Commission posters, one in English and in Spanish, with the National Human Trafficking Resource Center hotline at each migrant housing site. The posters shall be furnished by Legal Aid of North Carolina upon approval of the Settlement Agreement by the Court.

    b. Signage in English and in Spanish in each migrant housing site regarding workers' rights to receive visitors at the workers' invitation during non-work hours without reprisal, including legal services. The posters shall be furnished by Legal Aid of North Carolina upon Court approval of the Settlement Agreement and will contain the following language in English and in Spanish:

> **Attention Employees:**
>
> **The labor camp housing is your home and you have the right to have visitors of your choosing, for lawful purposes during non-work hours. So long as you live in this housing, you have the right under North Carolina State Law to have visitors of your choice for lawful purposes at your housing including, but not limited to, visits from service providers, religious groups, attorneys, health care providers, friends, and relatives. No overnight visitors are allowed.**
>
> **If you are concerned that your employer has violated these regulations please contact Legal Aid of North Carolina, Farmworker Unit by phone at 1-800-777-5869 or WhatsApp 919-523-6665 or the United States Department of Labor, Wage and Hour Division at 1-866-487-9243.**

2. At least one week prior to worker occupancy each season, Defendants shall provide to Legal Aid of North Carolina a list of migrant housing sites owned or operated by them

at which migrant agricultural workers will be housed by them for that season in order to allow for inspection by sending an email to Plaintiffs' counsel Caitlin Ryland at CaitlinR@legalaidnc.org and Aaron Jacobson at AaronJ@legalaidnc.org with the full address and description of each housing site and the anticipated dates of occupancy. This email shall constitute notification to Legal Aid of North Carolina under this requirement. Then, the Valadez Defendants shall allow for inspection by Plaintiffs' counsel at a mutually agreeable time prior to occupancy and within 14 days of the notification.

3. The Valadez Defendants shall not jointly, individually, or under a different legal name, file an application with the U.S. government requesting temporary foreign agricultural workers, also known as "H-2A workers," pursuant to the H-2A program or any successor federal or state successor program to the H-2A program nor will Defendants otherwise employ workers through the H-2A program [8 U.S.C. §1101(a)(15)(H)(ii)(a)] or any successor program.

4. The Valadez Defendants shall fully comply with recordkeeping requirements under the Migrant and Seasonal Agricultural Worker Protection Act [29 U.S.C. §§1801, *et seq.*] including, but not limited to, providing a full and complete copy of all required payroll records to each fixed site agricultural operation to which they supply labor, to the extent that these requirements apply to the Valadez Defendants and their business activities.

5. The Valadez Defendants shall at no time possess or control workers' passports or identification documents, other than for the limited purpose of making copies or taking photographs of these documents while in the workers' presence, in which case the documents will be immediately returned to the workers.

6. If any time during the term of this Order, Plaintiff believes that the Valadez Defendants are in violation of the Order, Plaintiff shall give notice of the alleged violation to each

Valadez Defendant. The Valadez Defendants shall have fifteen (15) days in which to investigate and respond to the allegations. Thereafter, the Parties then shall have a period of fifteen (15) days or such additional period as may be agreed upon by them, in which to engage in negotiation regarding such allegations before Plaintiff exercises any remedy provided by this Order.

6. The Court shall have jurisdiction to monitor the Consent Order, enter any necessary orders, and over any action to enforce the Consent Order.

SO ORDERED:

| 4/20/22 | /s/ Louis W. Flanagan |
|---|---|
| Date | United States District Court Judge |

The Parties jointly request that the Court approve and enter the Consent Order:

North Carolina Justice Center	Legal Aid of North Carolina, Farmworker Unit

/s/ Carol L. Brooke
Carol L. Brooke
N.C. Bar No. 29126
P.O. Box 28068
Raleigh, NC 27611
Telephone: 919-856-2144
Facsimile: 919-856-2175
carol@ncjustice.org
Attorney for Plaintiffs

/s/ Caitlin Ryland
Caitlin Ryland
N.C. Bar No. 38472
P.O. Box 26626
Raleigh, NC 27611
Telephone: 919-856-2180
Facsimile: 919-856-2167
CaitlinR@legalaidnc.org
Attorney for Plaintiffs

/s/ F. Marshall Wall
F. Marshall Wall
NC Bar No. 26804
Cranfill Sumner & Hartzog LLP
P.O. Box 27808
Raleigh, NC  27611-7808
Telephone: 919-828-5100
Facsimile: 919-828-2277
mwall@cshlaw.com
Attorney for Defendants Francisco Valadez,
Jr. LLC and Francisco Valadez, Jr.